UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**

JFM Holdings L.P.

-v-

**Defendants**

Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC,

Case No. 07-CV5619

**Rule 7.1 Statement**

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for JFM Holdings L.P. (a private non-governmental Party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date: 6/7/07

Signature of Attorney

Attorney Bar Code: **1672195**