◈AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

JFM Holdings L.P.

v.

Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.

**APPEARANCE**

Case Number: 07 CV 5619

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants   Abbas A. Shah
Linuxor Asset Management, LLC
Linuxor Capital Management, LLC

I certify that I am admitted to practice in this court.

| 7/11/2007 | |
|---|---|
| Date | Signature |

| Charles B. Manuel, Jr. | C M3020 |
|---|---|
| Print Name | Bar Number |

Shiboleth, Yisrael, Roberts & Zisman, LLP, One Penn Plaza
Address

| New York | NY | 10119 |
|---|---|---|
| City | State | Zip Code |

| (212) 792-0999 | (212) 792-0998 |
|---|---|
| Phone Number | Fax Number |