AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __New York__

JFM Holdings L.P.

v.

Abbas A. Shah, Linuxor Asset Management, LLC and Linuxor Capital Management, LLC.

**APPEARANCE**

Case Number: 07 CV 5619

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants   Abbas A. Shah
             Linuxor Asset Management, LLC
             Linuxor Capital Management, LLC

I certify that I am admitted to practice in this court.

| 7/11/2007 | _(signature)_ |
|---|---|
| Date | Signature |
|   | Charles B. Manuel, Jr.   C M3020 |
|   | Print Name    Bar Number |
|   | Shiboleth, Yisrael, Roberts & Zisman, LLP, One Penn Plaza |
|   | Address |
|   | New York    NY    10119 |
|   | City    State    Zip Code |
|   | (212) 792-0999    (212) 792-0998 |
|   | Phone Number    Fax Number |