# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Case Number: 07 CV 5619

---

**JFM HOLDINGS L.P**

*Plaintiff(s),*

-against-

**ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR CAPITAL MANAGEMENT, LLC,**

*Defendant(s),*

---

State of New York)  
County of New York)   ss.:

**Joe Matos**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

On **July 16th, 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.**  
**Shiboleth, Yisraeli, Roberts & Zisman, LLP**  
**c/o Linuxor Capital Management**  
**One Penn Plaza, Suite 2527**  
**New York, New York 10119**

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, July 16, 2007

_____  
LEKWAN ROBINSON  
Commissioner of Deeds  
City of New York - No. 2-12905  
Certificate Filed in Kings County  
Commission Expires OCT. ____, 20 08

Process Server Signature

109 7629  
License Number

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case Number: 07 CV 5619

---

JFM HOLDINGS L.P

*Plaintiff(s),*

-against-

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR CAPITAL MANAGEMENT, LLC,

*Defendant(s),*

---

State of New York)
County of New York)    ss.:

**Joe Matos**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

On **July 16th, 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.**
**Shiboleth, Yisraeli, Roberts & Zisman, LLP**
**c/o Linuxor Asset Management**
**One Penn Plaza, Suite 2527**
**New York, New York 10119**

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, July 16, 2007

LEKWAN ROBINSON
Commissioner of Deeds
City of New York - No. 2-12905
Certificate Filed in Kings County
Commission Expires Oct, 20 08

Process Server Signature

1097629
License Number

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Case Number: 07 CV 5619

---

JFM HOLDINGS L.P

*Plaintiff(s),*

-against-

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR CAPITAL MANAGEMENT, LLC,

*Defendant(s),*

---

State of New York)  
County of New York)      ss.:

**Joe Matos**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

On **July 16th, 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

Charles B. Manuel, Jr., Esq.  
Shiboleth, Yisraeli, Roberts & Zisman, LLP  
c/o Abbas A. Shah  
One Penn Plaza, Suite 2527  
New York, New York 10119

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, July 16, 2007

_____  
LEKWAN ROBINSON  
Commissioner of Deeds  
City of New York - No. 2-12905  
Certificate Filed in Kings County  
Commission Expires _____, 20__

Process Server Signature

1097629  
License Number

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Case Number: 07 CV 5619

**COPY**

JFM HOLDINGS L.P

*Plaintiff(s)*,

-against-

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR CAPITAL MANAGEMENT, LLC,

*Defendant(s)*,

State of New York)  
County of New York)   ss.:

**Joe Matos**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

On **July 16th, 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

Charles B. Manuel, Jr., Esq.  
Shiboleth, Yisraeli, Roberts & Zisman, LLP  
c/o Linuxor Capital Management  
One Penn Plaza, Suite 2527  
New York, New York 10119

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform*. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, July 16, 2007

_____  
LEKWAN ROBINSON  
Commissioner of Deeds  
City of New York - No. 2-12905  
Certificate Filed in Kings County  
Commission Expires _____, 20___

_____  
Process Server Signature

1097629  
License Number

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case Number: 07 CV 5619

JFM HOLDINGS L.P

**COPY**

*Plaintiff(s),*

-against-

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR CAPITAL MANAGEMENT, LLC,

*Defendant(s),*

State of New York)
County of New York)    ss.:

**Joe Matos**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

On **July 16th, 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.
Shiboleth, Yisraeli, Roberts & Zisman, LLP
c/o Linuxor Asset Management
One Penn Plaza, Suite 2527
New York, New York 10119**

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, July 16, 2007

_____

LEKWAN ROBINSON
Commissioner of Deeds
City of New York - No. 2-12905
Certificate Filed in Kings County
Commission Expires _____, 20__

Process Server Signature

_1097629_
License Number

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Case Number: 07 CV 5619

JFM HOLDINGS L.P

**COPY**

*Plaintiff(s),*

-*against*-

ABBAS A. SHAH, LINUXOR ASSET MANAGEMENT, LLC AND LINUXOR CAPITAL MANAGEMENT, LLC,

*Defendant(s),*

State of New York)  
County of New York)      ss.:

**Joe Matos**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and reside New York County in the State of New York.

On **July 16th, 2007 at 2:03pm**, I personally served a true copy of a **Civil Cover Sheet, Summons In A Civil Case and Complaint**.

I, by personally delivering there at a true copy to **Rosan Harriram, (Female, Tan skin, Black hair, Glasses, 25-30 years old, 5'6"-5'9", 170-200 lbs.)** a person of suitable age and discretion as representative and/or authorized agent to receive legal documents to the establishment named and described below;

**Charles B. Manuel, Jr., Esq.**  
**Shiboleth, Yisraeli, Roberts & Zisman, LLP**  
**c/o Abbas A. Shah**  
**One Penn Plaza, Suite 2527**  
**New York, New York 10119**

I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes* and *no military uniform.* The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I have that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in Federal statues.

Sworn to me on Monday, July 16, 2007

_____  
LEKWAN ROBINSON  
Commissioner of Deeds  
City of New York - No. 2-12905  
Certificate Filed in Kings County  
Commission Expires _____, 20__

Process Server Signature

1097629  
License Number