**MEMO ENDORSED**

# SHIB☺LETH

Shiboleth, Yisraeli, Roberts & Zisman, LLP



RECEIVED
AUG 2 9 2007
CHAMBERS OF
DENISE COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/07

August 28, 2007

By Hand

Hon. Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  McCarthey Investments LLC. v. Abbas A. Shah, Linuxor
      Asset Management, LLC and Linuxor Capital
      Management, LLC.; USDC, SDNY case no. 07 CIV 5617.

      2001 Jane F. McCarthey GRAT No. 5 v. Abbas A. Shah,
      Linuxor Asset Management, LLC and Linuxor Capital
      Management, LLC.; USDC, SDNY case no. 07 CIV 5618.

      JFM Holdings, L.P. v. Abbas A. Shah, Linuxor Asset
      Management, LLC and Linuxor Capital Management,
      LLC.; USDC, SDNY case no. 07 CIV 5619.  ← (Duplicate Original)

Dear Judge Cote:

     I represent Defendants Abbas A. Shah, Linuxor Asset
Management, LLC and Linuxor Capital Management, LLC in
connection with the above-referenced actions.

     I spoke last week with counsel for Petitioners requesting an
additional extension of time, until September 7, 2007, within which
to file oppositions or other responses to the petitions to confirm. Mr.
Anthony Djinis of Pickard and Dijinis, LLP has consented to this
extension, with Plaintiffs' reply due September 19, 2007. I make this
request because this month has been extremely busy and vacations
have decimated our legal support staff.

     Under the first extension granted by this Court, defendants'
response date was August 24, 2007. As I explained to Mr. Djinis and
Your Honor's law clerk this morning, I had drafted a letter last week
to be finalized by an attorney in my office and sent to Court. When I
returned to my office today following several days out of town on

*Granted.*
*/s/ Denise Cote*
*August 29,*
*2007*

**Tel Aviv Affiliate**
Museum Tower, 4
Berkowitz Street
Tel Aviv 64238 Israel
Phone 972-3-777-8333
Fax 972-3-777-8444
manager@shibolet.com

1 Penn Plaza, Suite 2527 · New York, NY 10119
Phone 212-244-4111 · Fax 212-563-7108 · Email info@shiboleth.com