**SHIB🌀LETH**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/07

**≡MEMO ENDORSED**

*Shiboleth, Yisraeli, Roberts & Zisman, LLP*

September 19, 2007

RECEIVED
SEP 20 2007
CHAMBERS OF
DENISE COTE

<u>By Hand</u>

Hon. Denise Cote
United States District Judge
United States Courthouse
New York, New York 10007

> McCarthey Investments, LLC. v. Abbas A. Shah, Linuxor
> Management, LLC and Linuxor Capital Management, LLC.;
> USDC, SDNY case no. 07 CIV 5617.
>
> 2001 Jane F. McCarthey GRAT No. 5 v. Abbas A. Shah, Linuxor
> Asset Management, LLC and Linuxor Capital Management, LLC.;
> USDC, SDNY case no. 07 CIV 5618.
>
> JFM Holdings, L.P. v. Abbas A. Shah, Linuxor Asset
> Management, LLC and Linuxor Capital Management, LLC.;
> USDC, SDNY case no. 07 CIV 5619. ← (Duplicate Original)

**Request to File Memorandum in Excess of 25 Pages**

Dear Judge Cote:

I represent Defendants Abbas A. Shah, Linuxor Asset Management, LLC
and Linuxor Capital Management, LLC in connection with the above-referenced
actions.

Defendants have served upon its adversaries its Answer and Memorandum
of Law in Opposition to the Petition to Confirm Arbitration Awards and have
filed these papers with the Court.

Under the circumstances, it was necessary that this Memorandum be in
excess of 25 pages in order to adequately explain matters relating to Defendants'
opposition to the Petition and the elaborative reasons for its position. Therefore,
Defendants hereby respectfully request leave of this Court to file this
Memorandum.

Granted.
Denise Cote
Sept. 20, 2000

**Tel Aviv Affiliate**
Museum Tower, 4
Berkowitz Street
Tel Aviv 64238 Israel
Phone 972-3-777-8333
Fax 972-3-777-8444
manager@shibolet.com

**1 Penn Plaza, Suite 2527 · New York, NY 10119**
Phone 212-244-4111 · Fax 212-563-7108 · Email info@shiboleth.com

Very truly yours,

*Charles B. Manuel /CR*

Charles B. Manuel, Jr.

cc:   Anthony W. Djinis, Esq.
Pickard and Djinis, LLP
1990 M Street, N.W.
Suite 660
Washington, DC 20036
By Fax – 202-331-3813