CERTIFICATE OF SERVICE

I, N. Cameron Russell, hereby certify that on this 18th day of October 2007, I caused a true and correct copy of the foregoing Respondents' Sur-Reply in Opposition to Petition to Confirm Arbitration Awards, along with Respondents' Exhibit to their Sur-Reply, to be served by Email and Electronic Filing upon counsel listed below.

Anthony W. Djinis, Esq.
Pickard and Djinis LLP
1990 M Street, N.W.
Suite 660
Washington D.C. 20036

Counsel for Petitioners

_N. Cane Russell_
N. Cameron Russell, Esq.