```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Petition of McCarthey Investments, LLC,  :
                                         :
            Petitioner                   :
                                         :           07 Civ. 5617 (DLC)
For an Order Pursuant to the Federal     :
Arbitration Act, 9 USC § 1, et. seq.     :              ORDER
Confirming an Arbitration Award,         :
                                         :
            -against-                    :
                                         :
Abbas A. Shah, Linuxor Asset             :
Management, LLC and Linuxor Capital      :
Management, LLC,                         :
                                         :
            Respondents.                 :
                                         :
----------------------------------------X
Petition of 2001 Jane F. McCarthey GRAT  :
No. 5,                                   :
                                         :
            Petitioner                   :           07 Civ. 5618 (DLC)
                                         :
For an Order Pursuant to the Federal     :
Arbitration Act, 9 USC § 1, et. seq.     :
Confirming an Arbitration Award,         :
                                         :
            -against-                    :
                                         :
Abbas A. Shah, Linuxor Asset             :
Management, LLC and Linuxor Capital      :
Management, LLC,                         :
                                         :
            Respondents.                 :
----------------------------------------X
Petition of JFM Holdings L.P.,           :
                                         :
            Petitioner                   :
                                         :           07 Civ. 5619 (DLC)
For an Order Pursuant to the Federal     :
Arbitration Act, 9 USC § 1, et. seq.     :
Confirming an Arbitration Award,         :
                                         :
            -against-                    :
                                         :
```



```
Abbas A. Shah, Linuxor Asset           :
Management, LLC and Linuxor Capital    :
Management, LLC,                       :
                                       :
         Respondents.                  :
                                       :
-----------------------------------------X
```

DENISE COTE, District Judge

By Opinion and Order of today's date, the above-captioned
petitions to confirm arbitration awards were granted.  The
petitioners have requested "costs and disbursements of this
proceeding."  They have not provided any accounting of these
costs.  It is hereby

ORDERED that, should the petitioners wish to pursue their
claim for costs, they must submit evidence of their costs no
later than **November 16, 2007.**  The respondents may oppose this
submission no later than **November 30.**  Any reply from the
petitioners is due no later than **December 7.**

IT IS FURTHER ORDERED that two courtesy copies of all
submissions, marked as such, shall be submitted to chambers by
the petitioner at the time the reply is filed or, if no
opposition is filed, after the deadline for the opposition has

passed.

SO ORDERED:

Dated:    New York, New York
          November 1, 2007

                              _____
                              DENISE COTE
                              United States District Judge